IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

FILED BY ____ec____ D.C.

05 OCT -4 PM 1:44

CLERK, U.S. DISTRICT COURT
W/D OF TN, JACKSON

| | |
|---|---|
| GE CAPITAL FRANCHISE FINANCE CORPORATION,<br><br>Plaintiff,<br>vs.<br>GD DEAL HOLDINGS, LLC, et al.,<br><br>Defendants | CIVIL ACTION No.<br><br>05-1287 |

## ORDER

On this day came on to be heard the Motion for Admission of Counsel, John J. Jolley, Jr., to Appear *Pro Hac Vice*, and the Court, having fully considered the Motion, finds that the Motion should be GRANTED; it is therefore,

ORDERED that the Motion for Admission of Counsel, John J. Jolley, Jr., to Appear *Pro Hac Vice* be in all things GRANTED and he is allowed to appear before this Court until this conclusion of this proceeding.

SIGNED this 4th day of October, 2005.

_____
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 58 and/or 79 (a) FRCP on ___10-05-05___

Kutak Rock - Firm Library-4823-0444-0320.1

(7)

APPROVED FOR ENTRY:

_____
Laura A. Williams
Rainey, Kizer, Reviere & Bell, PLC
P.O. Box 1147
Jackson, TN 38302
Telephone: (731) 423-2414
Facsimile: (731) 426-8111
E-mail: lwilliams@raineykizer.com

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 7 in case 1:05-CV-01287 was distributed by fax, mail, or direct printing on October 6, 2005 to the parties listed.

---

Laura A. Williams
RAINEY KIZER REVIERE & BELL
105 S. Highland Ave.
P.O. Box 1147
Jackson, TN 38302--114

Jeffrey Wegner
KUTAK ROCK LLP
1650 Farnam St.
Omaha, NE 68102

John Jolley
KUTAK ROCK LLP
1650 Farnam St.
Omaha, NE 68102

Honorable James Todd
US DISTRICT COURT