IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION
CIVIL ACTION NO. 1-05-1287

GE CAPITAL FRANCHISE
FINANCE CORPORATION,
        Plaintiff,

v.

GD DEAL HOLDINGS, LLC; BAKER
ENERGY, INC; CITY OF
CLARKSVILLE; CITY OF
COOKEVILLE; CITY OF
GALLATIN; CITY OF LEBANON;
COUNTY OF MONTGOMERY;
COUNTY OF SUMNER; COUNTY
OF WILSON; DUALITE SALES &
SERVICE, INC.; GALLATIN FOOD
MART, INC.; HEER & HEER, INC.,
SHRI PRAYOSHA, INC.; SERVGAS
LLC; KARTESH, INC.; and Z.A.
INTERNATIONAL GROUP, INC.

        **Defendants,**



## ORDER GRANTING MOTION FOR ADMISSION *PRO HAC VICE*

This cause having come before the Court upon motion of Harlan E. "Kin" Judd, III, in the above-styled matter, for entry of an Order permitting him *pro hac vice*, as co-counsel for Defendants, Shri Prayosha, Inc., Servgas, LLC, and Z.A. International Group, Inc., and the Court being otherwise sufficiently advised;

        **IT IS ORDERED** that the Motion be, same hereby is **GRANTED**, Harlan E. "Kin" Judd, III is admitted to the Bar of this court to practice *pro hac vice* as co-counsel for the above named Defendants, together with Larry Crawford.

This document entered on the docket sheet in compliance
with Rule 58 and/or 79 (a) FRCP on ____11-08-05____

(32)

**IT IS FURTHER ORDERED** that copies of all pleadings, notices, orders

and other documents filed in this action be served upon Harlan E. "Kin" Judd, III.

*James D. Todd*
*US District Judge*
*3 November 2005*

TENDERED BY:

HARLAN E. "KIN" JUDD, III

Clerk Send copies to:

All Counsel of Record

56055505.1

2

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 32 in case 1:05-CV-01287 was distributed by fax, mail, or direct printing on November 8, 2005 to the parties listed.

---

T. Michael O'Mara
O'MARA & JOHNSON, PLLC
317 W. Spring St.
Cookeville, TN 38501

Harlan E. Judd
WYATT TARRANT & COMBS LLP
918 State St.
Bowling Green, KY 42101

Jeffrey G. Jones
WIMBERLY LAWSON SEALE WRIGHT & DAVES, PLLC
1420 Neal St., Ste. 201
P.O. Box 655
Cookeville, TN 38503--065

John Jolley
KUTAK ROCK LLP
1650 Farnam St.
Omaha, NE 68102

Robert L. Crawford
WYATT TARRANT & COMBS
P.O. Box 775000
Memphis, TN 38177--500

Joe H. Thompson
132 W. Main St.
Gallatin, TN 37066

Laura A. Williams
RAINEY KIZER REVIERE & BELL
105 S. Highland Ave.
P.O. Box 1147
Jackson, TN 38302--114

Leah May Dennen
355 N. Belvedere Drive
Gallatin, TN 37066

David Haines
One Public Square
Clarksville, TN 37040

Jeffrey Wegner
KUTAK ROCK LLP
1650 Farnam St.
Omaha, NE 68102

Mark C. Travis
WIMBERLY LAWSON SEALE WRIGHT & DAVES, PLLC
P.O. Box 655
1420 Neal St., Ste. 201
Cookeville, TN 38503--065

Honorable James Todd
US DISTRICT COURT