IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | |
|---|---|
| GE CAPITAL FRANCHISE FINANCE CORPORATION, | ) ) ) |
| Plaintiff, | ) ) No. 01-05-1287 |
| vs. | ) ) |
| G D HOLDINGS, LLC, et al | ) ) |
| Defendants. | ) ) ) |

## ORDER

Upon Motion of the applicant, Joe H. Thompson, to participate in this case only and for good cause shown;

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that Joe H. Thompson shall be admitted *pro hac vice* for the limited purpose of appearing in the above-referenced case only.

Entered this 21st day of November, 2005.

_____
U.S. DISTRICT JUDGE

Approved for Entry:

_____
JOE H. THOMPSON, BPR# 16312
Attorney for City of Gallatin, Tennessee
132 West Main Street
Gallatin, TN 37066
(615) 452-5400 x 363

This document entered on the docket sheet in compliance
with Rule 58 and/or 79 (a) FRCP on 11/23/05

41

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 41 in case 1:05-CV-01287 was distributed by fax, mail, or direct printing on November 23, 2005 to the parties listed.

---

David Haines
One Public Square
Clarksville, TN 37040

P. Andrew Wright
City Attorney for City of Lebanon
200 Castle Heights Ave., N.
Lebanon, TN 37087

Michael R. Jennings
326 N. Cumberland St.
Lebanon, TN 37087

Joe H. Thompson
132 W. Main St.
Gallatin, TN 37066

Scott A. Bachert
HARNED BACHERT & DENTON, LLP
324 East Tenth Street
Bowling Green, KY 42102--127

Jeffrey Wegner
KUTAK ROCK LLP
1650 Farnam St.
Omaha, NE 68102

Mark C. Travis
WIMBERLY LAWSON SEALE WRIGHT & DAVES, PLLC
P.O. Box 655
1420 Neal St., Ste. 201
Cookeville, TN 38503--065

Leah May Dennen
355 N. Belvedere Drive
Gallatin, TN 37066

Jeffrey G. Jones
WIMBERLY LAWSON SEALE WRIGHT & DAVES, PLLC
1420 Neal St., Ste. 201
P.O. Box 655
Cookeville, TN 38503--065

Laura A. Williams
RAINEY KIZER REVIERE & BELL
105 S. Highland Ave.
P.O. Box 1147
Jackson, TN 38302--114

T. Michael O'Mara
O'MARA & JOHNSON, PLLC
317 W. Spring St.
Cookeville, TN 38501

John Jolley
KUTAK ROCK LLP
1650 Farnam St.
Omaha, NE 68102

Robert L. Crawford
WYATT TARRANT & COMBS
P.O. Box 775000
Memphis, TN 38177--500

Harlan E. Judd
WYATT TARRANT & COMBS LLP
918 State St.
Bowling Green, KY 42101

W. Timothy Harvey
HARVEY & SILVUS
310 Franklin Street
Clarksville, TN 37043

Honorable James Todd
US DISTRICT COURT