IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION (JACKSON)
CIVIL ACTION NO. 1:05CV01287-JDT-sta

GE CAPITAL FRANCHISE FINANCE CORPORATION                                    PLAINTIFF

V.

GD DEAL HOLDINGS, LLC,  ET AL                                                DEFENDANTS

## ORDER OF ADMISSION PRO HAC VICE

IT IS HEREBY ORDERED that based upon the Application for admission *pro hac vice*, the

Applicant, Scott A. Bachert, is hereby permitted to appear and participate in the above-styled action

as counsel for GD Deal Holdings, LLC.

James D. Todd
US District Judge
23 November 2005

43

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 43 in case 1:05-CV-01287 was distributed by fax, mail, or direct printing on November 29, 2005 to the parties listed.

---

W. Timothy Harvey
HARVEY & SILVUS
310 Franklin Street
Clarksville, TN 37043

Scott A. Bachert
HARNED BACHERT & DENTON, LLP
324 East Tenth Street
Bowling Green, KY 42102--127

Leah May Dennen
355 N. Belvedere Drive
Gallatin, TN 37066

David Haines
One Public Square
Clarksville, TN 37040

Laura A. Williams
RAINEY KIZER REVIERE & BELL
105 S. Highland Ave.
P.O. Box 1147
Jackson, TN 38302--114

Jeffrey Wegner
KUTAK ROCK LLP
1650 Farnam St.
Omaha, NE 68102

Mark C. Travis
WIMBERLY LAWSON SEALE WRIGHT & DAVES, PLLC
P.O. Box 655
1420 Neal St., Ste. 201
Cookeville, TN 38503--065

Joe H. Thompson
132 W. Main St.
Gallatin, TN 37066

Robert L. Crawford
WYATT TARRANT & COMBS
P.O. Box 775000
Memphis, TN 38177--500

T. Michael O'Mara
O'MARA & JOHNSON, PLLC
317 W. Spring St.
Cookeville, TN 38501

John Jolley
KUTAK ROCK LLP
1650 Farnam St.
Omaha, NE 68102

Michael R. Jennings
326 N. Cumberland St.
Lebanon, TN 37087

Harlan E. Judd
WYATT TARRANT & COMBS LLP
918 State St.
Bowling Green, KY 42101

Jeffrey G. Jones
WIMBERLY LAWSON SEALE WRIGHT & DAVES, PLLC
1420 Neal St., Ste. 201
P.O. Box 655
Cookeville, TN 38503--065

P. Andrew Wright
City Attorney for City of Lebanon
200 Castle Heights Ave., N.
Lebanon, TN 37087

Honorable James Todd
US DISTRICT COURT